**Order entered December 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01407-CV

**CHRISTIAN CARE CENTERS, INC., Appellant**

**V.**

**REBECCA O'BANION AND JANIS L. WOOD, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVES OF THE ESTATE OF J.D. RICHMOND, DECEASED, Appellees**

**On Appeal from the 162nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-12201**

## ORDER

We **GRANT** appellant/s/cross-appellee's December 2, 2013 motion for extension of time to file response to cross-appellants' brief and **ORDER** the brief be filed no later than December 18, 2013.

/s/     ELIZABETH LANG-MIERS
          JUSTICE